**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| MICHAEL VALLIERES, derivatively on behalf of AFFIRM HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MAX LEVCHIN, MICHAEL LINFORD, JEREMY LIEW, LIBOR MICHALEK, JENNY J. MING, JEREMY PHILIPS, CHRISTA S. QUARLES, KEITH RABOIS, JACQUELINE D. RESES, AND JAMES D. WHITE,<br><br>Defendants,<br>-and-<br><br>AFFIRM HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 1:23-cv-01010-GBW-SRF |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated December 17, 2025, the Parties jointly submit this status report addressing whether the above-captioned shareholder derivative action (the "Action") may be marked terminated.

On November 21, 2023, the Parties jointly stipulated to stay the Action pending the resolution of the factually related securities litigation, which this Court granted on November 30, 2023. *See* D.I. 5. Following this, the securities litigation proceeded through a contested motion to dismiss which was granted in full on August 26, 2024. A motion for reconsideration was further denied on August 14, 2025. Thereafter, on October 29, 2025, the plaintiffs in the securities litigation filed a notice of appeal to the Ninth Circuit. Accordingly, because the securities litigation

has not been resolved, and is now subject to an appeal, the Parties believe that the Action should

not be terminated and should remain stayed pending the resolution of the securities litigation

appeal.

Dated: December 30, 2025

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

By: */s/ Ryan M. Ernst*
Ryan M. Ernst (Bar No. 4788)
1204 N. King Street
Wilmington, DE 19801
Main: (302) 803-4600
Direct: (302) 321-5411
rernst@bk-legal.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Ave., 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
tjmckenna@gme-law.com
gegleston@gme-law.com

*Attorneys for Plaintiff*

**ROSS ARONSTAM & MORITZ LLP**

*/s/  Garrett B. Moritz*
Garrett B. Moritz (No. 5646)
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, DE 19801
Email: gmoritz@ramllp.com

**GIBSON, DUNN & CRUTCHER LLP**
Michael D. Celio
mcelio@gibsondunn.com
Jessica Valenzuela
jvalenzuela@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Monica K. Loseman
mloseman@gibsondunn.com
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: (303) 298-5700
Facsimile: (303) 298-5907

*Counsel for Defendants*